THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS J. CUNNINGHAM, Appellant, against JOHN F. McNEILL, as Superintendent of Matteawan State Hospital, Respondent.— Order of the County Court, Dutchess County, dismissing writ of habeas corpus affirmed, without costs. The order of commitment is valid on its face. This disposition is without prejudice to an application by the relator, if so advised, to vacate and set aside the order of commitment on the ground that he was not represented by counsel at the time that it was made. Carswell, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur.

◼

SADIE SHEPPES et al., Respondents, v. GREEN BUS LINES, INC., et al., Appellants.— Order granting motion for preference of the trial of a negligence action affirmed, with $10 costs and disbursements. No opinion. Carswell, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur.

◼

DELIA STEVENS, Appellant, v. CITY OF NEW YORK et al., Respondents.— Action to recover damages for personal injuries sustained as the result of alleged negligence of defendants in creating and failing to remove a dangerous condition caused by snow and ice on a sidewalk. Judgment for defendants unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ.

◼

## (February 24, 1953.)

◼

In the Matter of the Probate of the Will of THOMAS J. COMERFORD, Deceased. CITY BANK FARMERS TRUST COMPANY et al., Respondents; WALTER L. VAUGHAN, SR., et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied, without costs. Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ. [See ante, p. 714.]

◼

In the Matter of FRED A. GNERRE, Appellant, against JOSEPH P. VACCARELLA, as Mayor of the City of Mount Vernon, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ. [See ante, p. 749.]

◼

In the Matter of the Estate of HENRY LEIMAN, Deceased. ARTHUR LEIMAN, as Administrator of the Estate of HENRY LEIMAN, Deceased, Appellant; WILHELMINA McCABE et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ. [See ante, p. 764.]